FENNEMORE CRAIG, P.C.
SHANNON S. PIERCE (NV Bar No. 12471)
MARYJO E. SMART (NV Bar No. 16139)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel (775) 788-2200; Fax (775) 786-1177
Email: spierce@fennemorelaw.com

*Attorneys for Defendant*
*Unifi Aviation, L.L.C.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PRUETT,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFI AVIATION, LLC,<br><br>Defendant. | CASE NO: 3:23-cv-00008-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE**<br><br>**(FIRST REQUEST)** |

WHEREAS, on January 26, 2023, Plaintiff caused the summons and complaint in this action to be served on the registered agent for Defendant Unifi Aviation, LLC;

WHEREAS, the current deadline for Defendant to file its responsive pleading(s) is February 16, 2023;

WHEREAS, on February 15, 2023, Plaintiff and Defendant met and conferred via telephone, through their respective counsel, regarding Defendant's intention to file a Rule 12(f) motion to strike (and, alternatively, a motion *in limine* and motion for protective order) as to certain allegations contained within Plaintiff's complaint;

WHEREAS, Plaintiff's counsel has requested, and Defendant's counsel has agreed to provide, a two-week period for Plaintiff's counsel to review the issues raised by Defendant's motion to strike and determine whether Plaintiff will voluntarily amend his complaint without need for motion practice;

NOW, THEREFORE, the parties, by and through their respective counsel of record,

**STIPULATE AND AGREE** as follows:

1. The deadline by which Defendant must file its responsive pleading(s), currently scheduled for February 16, 2023, is continued to **March 2, 2023**;

2. No other deadlines will be affected.

Pursuant to LR IA 6-1, the parties state that this is the first extension of any deadline in this case. Good cause exists for this extension, as the parties are currently meeting and conferring in an effort to avoid motion practice surrounding the allegations contained in Plaintiff's complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  February 16, 2023          */s/  Terri Keyser-Cooper*
                                   Terri Keyser-Cooper
                                   Law Office of Terri Keyser-Cooper

                                   *Attorney for Plaintiff Pruett*


Dated:  February 16, 2023          */s/  Shannon S. Pierce*
                                   Shannon S. Pierce
                                   FENNEMORE CRAIG, P.C.

                                   *Attorney for Defendant*
                                   *Unifi Aviation, L.L.C.*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE


Dated: February 16, 2023

2