FENNEMORE CRAIG, P.C.
SHANNON S. PIERCE (NV Bar No. 12471)
MARYJO E. SMART (NV Bar No. 16139)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel (775) 788-2200; Fax (775) 786-1177
Email: spierce@fennemorelaw.com

*Attorneys for Defendant*
*Unifi Aviation, L.L.C.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PRUETT,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFI AVIATION, LLC,<br><br>Defendant. | CASE NO: 3:23-cv-00008-LRH-CLB<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

WHEREAS, an Early Neutral Evaluation ("ENE") is currently scheduled to occur on June 8, 2023 via Zoom Video Conference;

WHEREAS, on May 10, 2023, Plaintiff's counsel informed Defendant's counsel that Plaintiff's counsel had experienced the death of an immediate family member and requested that Defendant stipulate to the ENE, and various depositions that the parties had scheduled to occur beginning in late May 2023, being continued;

WHEREAS, Defendant has agreed to Plaintiff's requested continuance;

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby **STIPULATE AND AGREE** as follows:

1. To allow Plaintiff's counsel to attend to necessarily personal affairs, and to ensure that certain discovery (that the parties believe will aid the ENE process) can be completed before the ENE occurs, the Early Neutral Evaluation shall be continued to a date on or after August 22, 2023.

Pursuant to LR IA 6-1, the parties state that this is the first extension of any deadline in this case. Good cause exists for this extension, as Plaintiff's counsel is attending to personal affairs that prohibit her from participating in litigation activities at this time.

**IT IS SO STIPULATED.**

Dated: May 10, 2023              /s/ Diane K. Vaillancourt
                                 Terri Keyser-Cooper
                                 Law Office of Terri Keyser-Cooper

                                 Diane Vaillancourt
                                 Law Office of Diane Vaillancourt

                                 *Attorneys for Plaintiff Christopher Pruett*

Dated: May 10, 2023              /s/ Shannon S. Pierce
                                 Shannon S. Pierce
                                 FENNEMORE CRAIG, P.C.

                                 *Attorney for Defendant Unifi Aviation, L.L.C.*

**ORDER**

**IT IS SO ORDERED**.  The ENE is hereby continued from June 8, 2023 to 9:00 a.m. on August 23, 2023.  The parties' confidential ENE statements shall be emailed to Karen_Walker@nvd.uscourts.gov by 4:00 p.m. on August 16, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 11, 2023

2