1  FENNEMORE CRAIG, P.C.
   SHANNON S. PIERCE (NV Bar No. 12471)
2  MARYJO E. SMART (NV Bar No. 16139)
   7800 Rancharrah Parkway
3  Reno, Nevada 89511
   Tel (775) 788-2200; Fax (775) 786-1177
4  Email: spierce@fennemorelaw.com
             msmart@fennemorelaw.com
5
   *Attorneys for Defendant*
6  *Unifi Aviation, L.L.C.*

7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10  CHRISTOPHER PRUETT,                    CASE NO:  3:23-cv-00008-LRH-CLB

11              Plaintiff,

12       vs.                               **ORDER GRANTING
                                           STIPULATION TO STAY
                                           DISCOVERY**
13  UNIFI AVIATION, LLC,
                                           **(FIRST REQUEST)**
14              Defendant.

15

16

17        WHEREAS, discovery is currently open, with a discovery cut-off date of November 2, 2023

18  [ECF No. 8];

19        WHEREAS, the parties are currently exploring settlement and, with the limited exceptions set

20  forth below, wish to avoid further litigation costs until a settlement conference can be conducted;

21        WHEREAS, the parties are in the process of scheduling a settlement conference to occur on

22  November 3, 2023 before the Honorable Judge Denney;

23        WHEREAS, in light of the above, Plaintiff and Defendant have agreed to stay discovery with

24  the exception of: (1) Defendant taking the deposition of Plaintiff's damages expert prior to the

25  November 3, 2023 settlement conference, and (2) Plaintiff producing additional paystubs pertinent to

26  his claim of alleged lost wages;

27        NOW, THEREFORE, the parties, by and through their respective counsel of record,

28  **STIPULATE AND AGREE** as follows:

1.  Discovery is hereby **STAYED** so that the parties may proceed with a settlement conference before the Honorable Judge Denney on November 3, 2023 at 9:00 a.m.;

2.  Notwithstanding that stay of discovery, Defendant's counsel shall be allowed to depose Plaintiff's expert before the November 3, 2023 settlement conference, and prior to said deposition, Plaintiff shall produce all paystubs as are available to him from any employment he maintained after his employment with Defendant ended;

3.  All current deadlines listed in the Discovery Plan and Scheduling Order [ECF No. 8] which have not already passed are hereby **VACATED**.  This includes the deadline to designate rebuttal experts, the close of discovery, and the dispositive motion deadline.

4.  If this matter is not resolved at the November 3, 2023 settlement conference, the parties shall within two weeks of the settlement conference: (a) meet and confer to agree upon a date on which discovery shall re-open, and (b) prepare an updated Stipulated Discovery Plan and Scheduling Order which identifies: (1) all remaining discovery to be conducted, (2) the updated discovery cut-off date, (3) a new deadline to designate rebuttal expert witnesses, and (4) an updated deadline for dispositive motions. No previously expired deadline may be updated or extended. The new close of discovery shall not extend the length of the discovery period in this matter, but instead, shall simply be updated to reflect that the stay of discovery occurred and to not exceed the length of such stay. The parties understand that Plaintiff's counsel is unavailable during the entire month of February 2024. The updated Stipulated Discovery Plan and Scheduling Order is to be filed on or before November 17, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  September 15, 2023                              /s/ Diane K. Vaillancourt
_____
                                                        Terri Keyser-Cooper
                                                        Diane K. Vaillancourt

                                                        *Attorneys for Plaintiff Christopher Pruett*

Dated:  September 15, 2023

*/s/  Shannon S. Pierce*

Shannon S. Pierce
FENNEMORE CRAIG, P.C.

*Attorney for Defendant*
*Unifi Aviation, L.L.C.*

## **ORDER**

**IT IS SO ORDERED**.

UNITED STATES MAGISTRATE JUDGE

Dated:    September 18, 2023.