X  FILED           ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

DEC. 8, 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

TERRI KEYSER-COOPER
Nevada Bar #3984
Law Office of Terri Keyser-Cooper
125 Edgewater Parkway
Reno, NV 89519
1548 Kachina Ridge Drive, Santa Fe, NM
775-337-0323
keysercooper@lawyer.com

Diane K. Vaillancourt
Nevada Bar #9277, California Bar #181348
Law Office of Diane K. Vaillancourt
223 John Street, Santa Cruz, CA 95060
831-332-2303
vaillancourt@cruzio.com

*Attorneys for Plaintiff Christopher Pruett*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER PRUETT, | Case No. 3:23-cv-00008-LRH-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION AND [PROPOSED] ORDER FOR SHORT HEARING** |
| vs. | |
| UNIFI AVIATION, L.L.C., | **(FIRST REQUEST)** |
| Defendant. | |

The parties jointly request a short hearing before Judge Denney to resolve issues arising pursuant to the settlement conference of November 3, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 4, 2023          /s/ *Diane K. Vaillancourt*
                                 _____
                                 Diane K. Vaillancourt
                                 Terri Keyser-Cooper

                                 *Attorneys for Plaintiff Pruett*

//

1

Dated: December 8, 2023                    /s/ MaryJo E. Smart

                                            Shannon S. Pierce
                                            MaryJo E. Smart
                                            FENNEMORE CRAIG, P.C.

                                            *Attorney for Defendant Unifi Aviation, L.L.C.*

                                            **IT IS SO ORDERED.**

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

                                            DATED: __December 8, 2023_____

2