1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CHRISTOPHER PRUETT, | Case No.  3:23-cv-00008-LRH-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| UNIFI AVIATION, L.L.C., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and through the parties and their counsel of record, that the above-referenced matter is hereby dismissed with prejudice; and

1

IT IS FURTHER STIPULATED that all parties are to bear their own attorney fees and costs.

DATED: January 17, 2024,   /s/ *Diane K. Vaillancourt*
　　　　　　　　　　　　　　Diane K. Vaillancourt
　　　　　　　　　　　　　　Terri Keyser-Cooper
　　　　　　　　　　　　　　*Attorneys for Plaintiff Pruett*

DATED: January 18, 2024,   /s/ Shannon S. Pierce
　　　　　　　　　　　　　　Shannon S. Pierce
　　　　　　　　　　　　　　MaryJo Smart
　　　　　　　　　　　　　　FENNEMORE CRAIG, P.C.
　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　*Unifi Aviation, L.L.C.*

## ORDER

Pursuant to the Stipulation between the parties, IT IS SO ORDERED that the above-referenced matter is hereby dismissed with prejudice.

IT IS ORDERED that all parties are to bear their own attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment accordingly, dismiss this action, and close this case.

IT IS SO ORDERED.

DATED this 29th day, of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2